# EXHIBIT 4



**NEWS RELEASE**

## Movidity Demonstrated at JavaOne Conference

Toronto, Canada & San Francisco, California – May 12, 2006

The Movidity J2ME Mobile Multimedia Player will be used as a media technology demonstration for Jazelle-enabled ARM [(LSE: ARM); (Nasdaq: ARMHY)] platforms at the Sun JavaOne Conference in San Francisco, California during the week of May 15, 2006.

Specifically, ARM will be demonstrating the Movidity player upon a Qualcomm platform, with Sprint's mobile wireless network.  This joint demonstration between ARM, Sprint, Qualcomm and Movidity underscores the significance of each organization in the realm of advanced mobile multimedia.  The performance of Movidity's multimedia player will be matched with the capabilities of the ARM enabled Qualcomm mobile device platform and Sprint's advanced wireless network, allowing attendees to experience the next generation in mobile multimedia.

Movidity truly enables multimedia mobility in such areas as on-demand broadcast television/ radio, archived media, mobile gaming, mobile video security, remote video / audio telemetry and media enhanced advertising.

**About Movidity**
Movidity is bringing the future of multimedia to the mobile world, today.  Movidity is a tightly integrated system of software elements that perform multimedia transcoding, distribution, and transmission to mobile devices running a Movidity "player".  Movidity leverages highly advanced mathematical algorithms, innovative video processing, and a new, unique transmission method to provide quality video and audio-on-demand, along with two-way interactive capabilities to wireless mobile clients.  Cross-compatible to all GSM, CDMA, WCDMA, EVDO and i-mode networks, Movidity enables global access to rich multimedia content at disruptive economies of scale.  Headquartered in Toronto, Canada, Movidity's products are available to mobile device manufacturers, wireless service providers, content creators / providers, and even individuals.  More information on Movidity is available at http://www.movidity.com

Movidity, Multimedia Mobility and Media Objects are registered trademarks of Movidity Inc.

ARM, ARM Powered, Thumb and Jazelle are registered trademarks of ARM Limited. ARM946ES and ARM926EJ-S are trademarks of ARM Limited. All other brands or product names are the property of their respective holders. "ARM" is used to represent ARM Holdings plc; its operating company ARM Limited; and the regional subsidiaries ARM INC.; ARM KK; ARM Korea Ltd.; ARM Taiwan; ARM France SAS; ARM Consulting (Shanghai) Co. Ltd.; ARM Belgium N.V.; AXYS Design Automation Inc.; AXYS GmbH; ARM Embedded Technologies Pvt. Ltd.; and ARM Physical IP, Inc.

Qualcomm is a registered trademark Qualcomm Inc.

Sprint is a registered trademark of Sprint Nextel

Contact Details:
Movidity Inc.
info@movidity.com