# EXHIBIT 5



| | YouTube Official Blog | News & Events | Creator & Artist Stories | Culture & Trends | Inside YouTube | Made On YouTube | | Subscribe |

NEWS AND EVENTS

# YouTube Mobile gets a kick start

By Andrey Doronichev
Product Manager

Jul.07.2010



It's well known that the mobile Internet is huge and growing fast; what's surprising is exactly how fast. According to a recent report, within five years more users will connect to the Internet via mobile devices than desktop PCs. YouTube consumption on mobile devices has also grown considerably: playbacks were up 160% in 2009 over the previous year. And we're excited to announce that YouTube Mobile now receives more than 100 million video playbacks a day. This is roughly the number of daily playbacks that YouTube.com was streaming when we joined forces with Google in 2006.

We launched YouTube on mobile devices in 2007 with about 1,000 videos available on the mobile site (m.youtube.com). While this suddenly opened up the possibility to access videos on the go, our site, mobile browsers and the hardware had limitations that prevented the mobile experience from keeping up with YouTube on the desktop. Today, more than ever, we know that you want to be able to find and access your favorite videos wherever you are. That's why we're rolling out an updated version of the mobile site. Here's what's new about it:

- It's really fast.
- The user interface incorporates larger, more touch-friendly elements, making it easier to access videos on the go.
- It incorporates the features and functionality you've come to expect from the .com site, like search query suggestions, the options to create playlists, the ability to designate "favorite," "like" or "unlike" videos directly from your device.
- As we make improvements to Youtube.com, you'll see them quickly follow on our mobile site, unlike native apps which are not updated as frequently.

As the world continues to go mobile, we think this is a great improvement for users who want a more consistent YouTube across many devices, no matter where they are. We're launching in English only today, but will be rolling it out in other languages in the coming months. You can access the latest YouTube mobile site from your iPhone or Android browser. To learn more, visit m.youtube.com to check out the latest improvements and take a minute to watch this demo video:

## Related Topics

Products and Features



YouTube Official Blog

Explore the latest company news, creator and artist profiles, culture and trends analyses, and behind-the-scenes insights on the Youtube Official Blog.

Connect

**Our Channels**
YouTube
YouTube Creators
Creator Insider
TeamYouTube [Help]
YouTube Liaison

**X (Twitter)**
YouTube
YouTube Liaison
YouTube Creators
TeamYouTube
YouTube Gaming
YouTube TV
YouTube Music
YouTubeInsider

**About YouTube**
About
Press
Jobs
How YouTube Works
YouTube Culture & Trends
Community Forum

**YouTube Products**
YouTube Go
YouTube Kids
YouTube Music
YouTube Originals
YouTube Premium
YouTube Studio
YouTube TV

**For Business**
Advertising
Developers

**For Creators**
Artists
Creators
Creator Academy
Creating for Kids
Creators Research
Creators Services Directory
YouTube NextUp
YouTube Space
YouTube VR

**Our Commitments**
Creators for Change
CSAI Match
Social Impact

Policy & Safety     Copyright     Brand Guidelines     Privacy     Terms

Help     English

Want more from The YouTube Blog? Join our newsletter!     Subscribe     ✕