# EXHIBIT 7



Our commitments ⌄    Product features ⌄    User settings ⌄    Rules and pol

**OUR COMMITMENTS**

# How does YouTube make money?

YouTube's main source of revenue is advertising. Additionally, we earn money from our monthly subscription businesses such as YouTube Premium. We've also developed tools to help eligible Creators earn money in a variety of other ways such as Super Chat, channel memberships, and merchandise. In most cases, Creators and YouTube share revenue generated from these channels.



**Revenue sharing**  *Revenue alternatives*  *Responsible advertising*

## How does YouTube share advertising and subscription revenue with Creators?

YouTube's main source of revenue is advertising, which enables businesses to find relevant audiences and grow their businesses and brands.

Creators who are part of the YouTube Partner Program (YPP) are eligible to share in advertising revenue.

We also earn money from our monthly subscription businesses such as YouTube Premium. With YouTube Premium, members can enjoy any video on YouTube without ads while still supporting Creators. Currently, revenue from YouTube Premium membership fees is distributed to Creators based on how much of their content members watch.

# Related articles

### Ad Settings

READ MORE

### Monetization for Creators

READ MORE

Case 5:24-cv-03203-PHK   Document 1-7   Filed 05/28/24   Page 4 of 4

How YouTube Makes Money - How YouTube Works 4/29/24, 6:09 PM

READ MORE

## Monetization policies

READ MORE

Connect



### YouTube

Policies & Safety    Copyright    Brand Guidelines    Privacy    Terms

Help    English

https://www.youtube.com/howyoutubeworks/our-commitments/sharing-revenue/    Page 3 of 3