# EXHIBIT 8

# Frequently asked questions

Get answers to common questions about advertising on YouTube.

TOGGLE ALL

How much do YouTube Ads cost?    ⌄

Do I need a Google Ads account to advertise on YouTube?    ⌃

Yes. Google Ads helps businesses run ads across the entire Google advertising platform, which includes YouTube. That means you'll set up, run, and manage your YouTube Ads campaign with a Google Ads account. If you don't have an account yet, you can sign up here.

Where and when will my YouTube ad show up online?    ⌄

How do I know if my YouTube Ads campaign is working?    ⌄

Can I control who sees my ad?    ⌄

Do I need a YouTube channel to advertise?    ⌄

Where can I get help with my video ad?    ⌄

How do I start a YouTube live stream?    ⌄



Connect    𝕏  📷  f

**About YouTube**
About
Blog
How YouTube Works
Jobs
Press
YouTube Culture & Trends
NFL Sunday Ticket

**Products**
YouTube Kids
YouTube Music
YouTube Originals
YouTube Podcasts
YouTube Premium
YouTube Select
YouTube Studio
YouTube TV

**For Business**
Developers
YouTube Advertising

**For Creators**
Creating for YouTube Kids
Creator Research
Creator Services Directory
YouTube Artists
YouTube Creators
YouTube NextUp
YouTube VR

**Our Commitments**
Creators for Change
CSAI Match
Social Impact

▶️ YouTube    Policies & Safety    Copyright    Brand Guidelines    Privacy    Terms    ❓ Help    English (United States) ⌄