# EXHIBIT 9

English

ICANN | LOOKUP (/en)

# Registration data lookup tool

Enter a domain name or an Internet number resource (IP Network or ASN)

Frequently Asked Questions (FAQ) (/en/faq)

googlevide.com

Lookup

By submitting any personal data, I acknowledge and agree that the personal data submitted by me will be processed in accordance with the ICANN Privacy Policy (https://www.icann.org/privacy/policy), and agree to abide by the website Terms of Service (https://www.icann.org/privacy/tos) and the registration data lookup tool Terms of Use (unsafe:javascript:void(0)).

## Domain Information

**Name:** GOOGLEVIDE.COM

**Registry Domain ID:** 202996819_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited (https://icann.org/epp#clientDeleteProhibited)
clientTransferProhibited (https://icann.org/epp#clientTransferProhibited)
clientUpdateProhibited (https://icann.org/epp#clientUpdateProhibited)

**Nameservers:**
NS1.GOOGLEDOMAINS.COM
NS2.GOOGLEDOMAINS.COM
NS3.GOOGLEDOMAINS.COM
NS4.GOOGLEDOMAINS.COM

## Dates

**Registry Expiration:** 2024-08-30 05:20:45 UTC

**Updated:** 2023-07-29 09:55:09 UTC

**Created:** 2005-08-30 05:20:45 UTC

## Contact Information

**Administrative:**

**Mailing Address:** CA, US

*Redacted for privacy:*
some of the data in this object has been removed.

**Registrant:**

**Organization:** Google LLC

**Mailing Address:** CA, US

*Redacted for privacy:*
some of the data in this object has been removed.

**Technical:**

**Mailing Address:** CA, US

*Redacted for privacy:*
some of the data in this object has been removed.

# Registrar Information

**Name:** MarkMonitor Inc.

**IANA ID:** 292

**Abuse contact email:** abusecomplaints@markmonitor.com

**Abuse contact phone:** +1.2086851750

# DNSSEC Information

**Delegation Signed:** Unsigned

# Authoritative Servers

**Registry Server URL:** https://rdap.verisign.com/com/v1/domain/googlevide.com (https://rdap.verisign.com/com/v1/domain/googlevide.com)

**Last updated from Registry RDAP DB:** 2024-04-29 22:11:37 UTC

**Registrar Server URL:** https://rdap.markmonitor.com/rdap/domain/GOOGLEVIDE.COM (https://rdap.markmonitor.com/rdap/domain/GOOGLEVIDE.COM)

**Last updated from Registrar RDAP DB:** 2024-04-29 22:11:02 UTC

# Notices and Remarks

## Remarks:

**REDACTED FOR PRIVACY**

Some of the data in this object has been removed.

## Notices:

**Terms of Use**

By submitting an RDAP query, you agree that you will use this data only for
lawful purposes and that, under no circumstances will you use this data to:
(1) allow, enable, or otherwise support the transmission by email, telephone,
or facsimile of mass, unsolicited, commercial advertising, or spam; or
(2) enable high volume, automated, or electronic processes that send queries,
data, or email to MarkMonitor (or its systems) or the domain name contacts (or
its systems).
MarkMonitor reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.
MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.
Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220

https://www.markmonitor.com/legal/domain-management-terms-and-conditions (https://www.markmonitor.com/legal/domain-management-terms-and-conditions)

**Status Codes**

For more information on domain status codes, please visit https://icann.org/epp.

https://icann.org/epp (https://icann.org/epp)

**RDDS Inaccuracy Complaint Form**

URL of the ICANN RDDS Inaccuracy Complaint Form: https://www.icann.org/wicf.

https://www.icann.org/wicf (https://www.icann.org/wicf)



Youtube (https://www.youtube.com/icannnews)    Twitter (https://www.twitter.com/icann)    Linkedin (https://www.linkedin.com/company/icann)

Flickr (https://www.flickr.com/photos/icann)                                            Facebook (https://www.facebook.com/icannorg)



Newletters (https://www.icann.org/resources/pages/global-newsletter-2018)



Community Wiki (https://community.icann.org/)



ICANN Blog (https://www.icann.org/news/blog)

**WHO WE ARE**    **CONTACT US**    **ACCOUNTABILITY AND TRANSPARENCY**    **GOVERNANCE**    **HELP**

**DATA PROTECTION**

© Internet Corporation for Assigned Names and Numbers.   Privacy Policy (https://www.icann.org/privacy/policy)    Terms of Service (https://www.icann.org/privacy/tos)   Cookies Policy (https://www.icann.org/privacy/cookies)