# EXHIBIT 11



# HTTP Adaptive Streaming in practice

## Mark Watson

(with thanks to the Netflix adaptive streaming team!)

ACM MMSys 2011 – 22-24 February 2011, San Jose, CA

# Netflix Overview





*Netflix corporate headquarters*
*Los Gatos, California*

- Started with DVD-by-mail,
  **now primarily Internet streaming**

- **20+ million[1] subscribers,
  growing rapidly** *(>15% of US
  households subscribe to Netflix)*

- USA-only for ten years,
  Canada in 2010,
  further expansion in 2011+

- Unlimited Streaming = $7.99/month
  - Plus 1 DVD at a time = $9.99/month

[1] subscriber reported 1/26/11

# Partner Products





# Contents

- Why HTTP adaptive streaming ?

- Streaming approaches

- Measuring quality and the value of quality

- Adaptation algorithms and open problems

# Why HTTP Adaptive Streaming ?



Commodity service

Competing providers

Economies of scale

Netflix Confidential

# Unicast

# Multicast







# Synchronous

# Asynchronous

# Client-centric approach

- Client has the best view of network conditions
- No session state in network
  - Redundancy
  - Scalability
- Faster innovation and experimentation
- BUT, relies on client for operational metrics
  - only the client knows what really happened anyway

# Scalability examples

- Microsoft streaming of 2008 Olympics
  - 4 Petabytes live & VoD content in one month
  - North America (av. user bandwidth 2Mbit/s)
  - Millions of simultaneous sessions
  - **Over existing infrastructure**
- Netflix
  - 20% of North American Internet traffic at peak hours
  - Millions of hours of content every day
  - Bitrates up to 4.8Mbit/s
  - Almost no dedicated infrastructure
    - Control servers in AWS
    - Content delivery through CDNs

# Netflix Performance on Top Networks - USA



# Streaming bitrate performance



(just one device type)

# Streaming rebuffer rates



(just one device type)

# Contents

- Why HTTP adaptive streaming ?
- **Streaming approaches**
- Measuring quality and the value of quality
- Adaptivity algorithms and open problems

# Adaptive streaming in practice



Small media chunks ("streamlets")

Chunks created at origin server

HTTP Byte Range requests

# Adaptive streaming in practice



HTTP Live Streaming

Combined A/V
streams only

Smooth Streaming

Adobe HTTP Dynamic
Streaming

Separate Audio/Video

MPEG DASH

# Adaptive streaming in practice





HTTP Live Streaming

No switchpoint
alignment



Smooth Streaming



Adobe HTTP Dynamic
Streaming





MPEG DASH

Switchpoint
alignment
(optional)

# Switchpoint Alignment



# Adaptive streaming summary

- For On Demand
  - Chunks are unnecessary and costly
  - Byte Range requests have caching and flexibility advantages
  - Separate audio/video essential for language support
- For Live
  - Chunks are unavoidable
  - Still value in decoupling request size from chunk size
  - Multiple language audio tracks are rare
  - May need manifest updates
- For both
  - Switch point alignment required for most CE decoding pipelines

# MPEG DASH

- Supports both unchunked & chunked
- Supports both separate & combined A/V
- Index formats for efficient byte range operation
- ISO Base Media File Format w/common encryption
- Rigorous definition of stream alignment requirements
- Signaling of different alignment modes
- Many useful stream and track annotations

**Currently the best candidate for an open standard for adaptive streaming**

# Contents

- Why HTTP adaptive streaming ?
- Streaming approaches
- **Measuring quality and the value of quality**
- Adaptivity algorithms and open problems

# **Measuring quality**

- Reliable transport => all-or-nothing delivery

- Quality characterized by
  - Video quality
    - At startup, average and variability
  - Re-buffer rate
    - Re-buffers per viewing hour, duration of re-buffer pauses
  - Startup delay
    - Time from use action to first frame displayed

# Importance of client metrics

- Metrics are operationally essential
  - Detecting and debugging failures
  - Managing performance
  - Experimentation
- Absence of server-side metrics places onus on client
- What do we need ?
  - Reports of what the user did (or didn't) see
    - Which part of which stream presented when
  - Reports of what happened on the network
    - Requests sent, responses received, timing, throughput

# Contents

- Why HTTP adaptive streaming ?
- Streaming approaches
- Measuring quality and the value of quality
- **Adaptivity algorithms and open problems**

# Adaptation problem

**Choose sequence and timing of requests**

to

**Minimize probability of re-buffers**

**Maximize quality**

# Adaptation problem: Inputs



History          Current state          Possible choices

**Capturing and representing all this information is not easy!**

# Adaptation problem: logic



# Adaptation problem: example

- Model of future bandwidth
  - Constant
  - Equal to average over last 10s
- Analysis of choices
  - Construct "plan" for each choice
  - Determine re-buffers for each plan

# Adaptation problem: future work

- Good models of future bandwidth based on history
  - Short term history
  - Long term history (across multiple sessions)
- Tractable representations of future choices
  - Including scalability, multiple streams
- Convolution of future bandwidth models with possible plans

# Conclusions

- Asynchronous delivery of same content to many users is a first-class network service
  - HTTP CDNs may not be the "perfect" architecture, but it's working pretty well at scale
- Many variations on HTTP Adaptive Streaming theme in deployed systems and emerging standards
  - MPEG DASH provides sufficient flexibility here
- Adaptation is not straightforward
  - How to model bandwidth future based on history ?
  - How to efficiently search choice space to maximise quality goals ?
  - What are the quality goals ?

# Questions ?

Mark Watson, watsonm@netflix.com