# EXHIBIT 15



# Dynamic Adaptive Streaming over HTTP – Design Principles and Standards

Thomas Stockhammer, Qualcomm



**Internazionale vs Bayern Munchen**









3

# User Frustration in Internet Video

- ▶ Video not accessible
  - ▶ Behind a firewall
  - ▶ Plugin not available
  - ▶ Bandwidth not sufficient
  - ▶ Wrong/non-trusted device
  - ▶ Wrong format
- ▶ Fragmentation
  - ▶ Devices
  - ▶ Content Formats
  - ▶ DRMs

- ▶ Low quality of experience
  - ▶ Long start-up delay
  - ▶ Frequent Rebuffering
  - ▶ Low playback quality
  - ▶ No lip-sync
  - ▶ No DVD quality (language, subtitle)
- ▶ Expensive
  - ▶ Sucks my bandwidth
  - ▶ Need a dedicated device
  - ▶ Other costs …



4



# One way to build confidence - Open Standards

5

# DASH:
# Standardization History and Status



# Why in 3GPP?
# The Mobile Video Streaming Challenge

▸ <u>The mobile video landscape</u>

- Mobile Internet use is dramatically expanding
- Video traffic is growing exponentially & is a large fraction of the usage

▸ <u>The challenges</u>

- Mobile users expect high quality video **experience**
- Network operators need to offer quality experience affordably



Source: Cisco VNI Mobile, 2010

Source: Cisco White Paper: Cisco Visual Networking Index: Global Mobile Data Traffic Forecast Update, 2009-2014 Figure 2

# Standardization History and Status



# MPEG DASH ISO/IEC 23001-6

▸ MPEG DASH ISO/IEC 23001-6 is now the master specification
▸ Provides a superset for system specifications
  ▸ 3GPP Release-9 AHS
  ▸ Open IPTV Forum HTTP Adaptive Streaming
  ▸ 3GPP Release-10 DASH (completion target July 2011)
  ▸ System specifications may define more: codecs, DRM, etc.
▸ Timeline and Activities
  ▸ Draft International Standard (DIS) 23001-6 available publicly
  ▸ 5 months balloting period until July 2011
  ▸ Parallel approval process for extensions to ISO base media FF to support DASH
  ▸ Continuous coordination with 3GPP and other organizations (DECE, OIPF, etc.)
  ▸ Conformance and Reference Software activities kicked off (see WD 23001-7)
▸ The good news: Converging standard for adaptive streaming on the way

## Convergence = Confidence

9



# DASH Design Principles

10

# (Some) DASH Design Principles

▶ DASH is not:
  ▶ system, protocol, presentation, codec, interactivity, client specification
▶ DASH is an enabler
  ▶ It provides formats to enable efficient and high-quality delivery of streaming services over the Internet
  ▶ It is considered as one component in an e2e service
  ▶ System definition left to other organizations (SDOs, Fora, Companies, etc.)
▶ It attempts to be very good in what is to be addressed by the standard
  ▶ Enable reuse of existing technologies (containers, codecs, DRM etc.)
  ▶ Enable deployment on top of HTTP-CDNs (Web Infrastructures, caching)
  ▶ Enable very high user-experience (low start-up, no rebuffering, trick modes)
  ▶ Enable selection based on network and device capability, user preferences
  ▶ Enable seamless switching
  ▶ Enable live and DVD-kind of experiences
  ▶ Move intelligence from network to client, enable client differentiation
  ▶ Enable deployment flexibility (e.g., live, on-demand, time-shift viewing)
  ▶ Provide simple interoperability points (profiles)

11



# DASH Specification Insights

12

# What is specified – and what is not?



13

# Information Classification

▸ MPD and Index Information for DASH Access client
  ▸ Core specification aspects of DASH
▸ Initilialisation and Media Segments for Media engine
  ▸ Reuse of existing container formats and easy conversion
  ▸ Small adaptations may be necessary for usage in DASH



# Media Presentation Data Model

▸ **Media Presentation Description (MPD) describes accessible Segments and corresponding timing**



# MPD Information

- Redundant information of Media Streams for the purpose to initially select or reject Groups or Representations
  - Examples: Codec, DRM, language, resolution, bandwidth
- Access and Timing Information
  - the HTTP-URL(s) and byte range for each accessible Segment
  - the earliest next update of the MPD on the server
  - the segment availability start and end time in wall-clock time
  - the approximated media start time and duration of a Media Segment in the media presentation timeline
  - for live service, instructions on starting playout such that media segments will be available in time for fluent playout in the future
- Switching and splicing relationships across Representations
- Relatively little other information

# Segment Indexing

▸ **Provides binary information in ISO box structure on**
  ▸ Accessible units of data in a media segment
  ▸ Each unit is described by
    ▸ Byte range in the segments (easy access through HTTP partial GET)
    ▸ Accurate presentation duration (seamless switching)
    ▸ Presence of representation access positions, e.g. IDR frames

▸ **Provides a compact bitrate-over-time profile to client**
  ▸ Can be used for intelligent request scheduling

▸ **Generic Data Structure usable for any media segment format, e.g. ISO BMFF, MPEG-2 TS, etc.**

▸ **Hierarchical structuring for efficient access**

▸ **May be combined with media segment or may be separate**

# Media Segment with Segment Index



# Media Segments

▸ Contain information to map segment into media presentation timeline for switching and synchronous presentation with other Representations

▸ For ISO BMFF, contains one or more movie fragments

▸ Can be short (≈1-10 sec) and long (≈10sec – 2h)

| Segment duration | Advantages | Disadvantages |
|---|---|---|
| **Short** | • Commonality with Live<br>• High switching granularity on segment level | • Large number of files<br>• Large number of URLs<br>• Fixed request size<br>• switching granularity on segment level |
| **Long** | • Small number of files<br>• Small number of URLs<br>• High switching granularity<br>• Flexible request sizes<br>• Improved cache performance | • Need for Segment Index<br>• Difference from Live |

19



# DASH Selected Features

20

# DASH Selected Feature list

▸ Live, On-Demand and Time-shift services

▸ Independency of request size and segment size (byte range requests)

▸ Segment formats

  ▸ ISO base media FF and MPEG-2 TS

  ▸ guidelines for integrating any other format

  ▸ Are codec independent

▸ Support for server and client-side component synchronization (e.g., separate and multiplexed audio and video)

▸ Support for efficient trick mode

▸ Simple splicing and (targeted) ad insertion

▸ Definition of quality metrics

▸ Profile: restriction of DASH and system features (claim & permission)

▸ Content Descriptors for Protection, Accessibility, Rating, etc.

  ▸ Enables common encryption, but different DRM (DECE-like)

# Forward looking

▸ **Do the homework**

  ▸ Specification completion in the next few months

  ▸ Conformance, interoperability and reference software

▸ **DASH is rich and simple at the same time**

  ▸ Understand more detailed market needs

  ▸ Create profiles as considered necessary

  ▸ Collaborate with system creators on how to integrate DASH

▸ **Integrate it into the web – what is necessary?**

▸ **Get it deployed**

▸ **Everyone is invited - get involved in and excited about DASH**





# Thank you

Comments – Questions - Feedback