# EXHIBIT 17

# HTTP Live Streaming (HLS) authoring specification for Apple devices

Learn the requirements for live and on-demand audio and video content delivery using HLS.

## Overview

For a deeper discussion of the features available in HLS, refer to Apple's streaming resource page, which contains pointers to the overview document, the HLS specification, technical notes, tools, presentations, and examples.

## About HLS authoring

The HLS specification is a published RFC (RFC 8216). However, HLS continues to evolve, so there's an updated draft specification — draft-pantos-hls-rfc8216bis (HLS2). This document always uses the most recent version of the draft standard.

> **Note**
>
> HLS was originally specified in draft-pantos-http-live-streaming (HLS1). That document was superseded by RFC 8216.

The key words "MUST," "MUST NOT," "REQUIRED," "SHALL," "SHALL NOT," "SHOULD," "SHOULD NOT," "RECOMMENDED," "MAY," and "OPTIONAL" in this document are to be interpreted as described in RFC 2119.

Find additional information for HLS specifications at HTTP Live Streaming (HLS) Authoring Specification for Apple devices appendixes.

## General authoring requirements

A stream that matches these requirements should be compatible with iOS, tvOS, or macOS. Rules with a leading asterisk (*) are modified by one or more of the Amended Requirements listed below.

Support for a specific video Profile and Level doesn't imply that any particular device supports the maximum bit rate for that Level.

### Video

1. **Video encoding requirements**

1.1. All video MUST be encoded using H.264/AVC or HEVC/H.265.

1.2. The container format for H.264 video MUST be fragmented MP4 (fMP4) files or MPEG transport streams.

1.3.

1.3a. * For maximum compatibility, some H.264 variants SHOULD be less than or equal to High Profile, Level 4.1.

1.3b. * Profile and Level for H.264 MUST be less than or equal to High Profile, Level 5.2.

1.4. For H.264, you SHOULD use High Profile in preference to Main or Baseline Profile.

1.5. The container format for HEVC video MUST be fMP4.

1.6.

1.6a. * For maximum compatibility, some HEVC variants SHOULD be less than or equal to Main 10 Profile, Level 4.0, Main Tier.

1.6b. * Profile, Level, and Tier for HEVC MUST be less than or equal to Main 10 Profile, Level 5.1, High Tier.

1.7. High Dynamic Range (HDR) HEVC video MUST be HDR10, HLG, or Dolby Vision.

1.8. For HDR10 video, the `SEI NAL` units (that is, static metadata) SHOULD be in the HEVC Configuration Box (`'hvcC'`) and not in the individual sample data.

1.9. * Profile and Level for Dolby Vision MUST be Profile 5 (single layer 10-bit HEVC) and less than or equal to Level 7.

1.10. You SHOULD use video formats in which the parameter sets are stored in the sample descriptions, rather than the samples. (That is, use `'avc1'`, `'hvc1'`, or `'dvh1'` rather than `'avc3'`, `'hev1'`, or `'dvhe'`.)

1.11. For backward compatibility, content SHOULD NOT use a higher level than required by the content resolution and frame rate.

1.12. * For backward compatibility, some video content SHOULD be encoded with H.264.

1.13. Key frames (IDRs) SHOULD be present every two seconds.

1.14. All interlaced source content MUST be deinterlaced.

1.15. You SHOULD deinterlace 30i content to 60p instead of 30p.

1.16. Live (linear) video from NTSC or ATSC source SHOULD be 60 or 59.94 fps.

1.17. Live (linear) video from PAL source SHOULD be 50 fps.

1.18. Video on Demand (VOD) content SHOULD use a natural frame rate for the content. Frame rates 23.976, 24, 25, 29.97, 30, 50, 59.94, and 60 fps are supported.

1.19. Frame rates above 60 fps SHALL NOT be used.

1.20. * For HDR content, frame rates less than or equal to 30 fps SHOULD be provided.

1.21. Streams SHOULD use a single color space — one of either Rec. 601, Rec. 709, DCI-P3, or Rec. 2020.

1.22. For VOD, the color space SHOULD be the original color space of the material.

1.23. * If multiple video streams are provided (H.264, HEVC, HDR), each stream SHOULD provide all anticipated bandwidths. Clients SHOULD NOT be required to switch codecs.

1.24. * For backward compatibility, SDR streams MUST be provided. (See also item 6.16.)

1.25. * There are many possible choices of bit rates for variants. The following tables provide one possible set of bit rate variants. (See On bit rates for variants for additional considerations.)

| 16:9 aspect ratio | H.264/AVC | Frame rate |
|---|---|---|
| 416 x 234 | 145 | ≤ 30 fps |
| 640 x 360 | 365 | ≤ 30 fps |
| 768 x 432 | 730 | ≤ 30 fps |
| 768 x 432 | 1100 | ≤ 30 fps |
| 960 x 540 | 2000 | Same as source |
| 1280 x 720 | 3000 | Same as source |
| 1280 x 720 | 4500 | Same as source |
| 1920 x 1080 | 6000 | Same as source |
| 1920 x 1080 | 7800 | Same as source |

| 16:9 aspect ratio | HEVC/H.265 30 fps | HDR (HEVC) 30 fps | Frame rate |
|---|---|---|---|
| 640 x 360 | 145 | 160 | ≤ 30 fps |
| 768 x 432 | 300 | 360 | ≤ 30 fps |
| 960 x 540 | 600 | 730 | ≤ 30 fps |
| 960 x 540 | 900 | 1090 | ≤ 30 fps |
| 960 x 540 | 1600 | 1930 | Same as source |
| 1280 x 720 | 2400 | 2900 | Same as source |
| 1280 x 720 | 3400 | 4080 | Same as source |
| 1920 x 1080 | 4500 | 5400 | Same as source |
| 1920 x 1080 | 5800 | 7000 | Same as source |
| 2560 x 1440 | 8100 | 9700 | Same as source |
| 3840 x 2160 | 11600 | 13900 | Same as source |
| 3840 x 2160 | 16800 | 20000 | Same as source |

> **Note**
>
> The above bit rates are initial encoding targets for typical content delivered via HLS. Apple recommends that you evaluate them against your specific content and encoding workflow, then adjust accordingly.
>
> 30i source content is considered to have a source frame rate of 60 fps. 24 fps HEVC content should use bit rates reduced by about 20% from the values above.

> Note
> In a future release, Apple may require delivery over TLS.

11. **Privacy requirements**

11.1. Multivariant Playlists SHOULD be delivered using Transport Layer Security (TLS).

11.2. Media Playlists SHOULD be delivered using TLS.

11.3. Media Segments SHOULD be delivered using TLS.

11.4. Media Segment URLs requested over unencrypted transport SHOULD NOT contain revealing strings, such as movie title, show title, episode name, episode number, genre, adventure, or product.

## Security

12. **Security requirements**

12.1. Transport Layer Security (TLS) MUST be version 1.2 with forward security.

12.2. TLS MUST NOT use known-insecure cryptographic primitives (such as, RC4 encryption, SHA-1 certificate signatures).

12.3. Within TLS, key sizes MUST be 2048 bits for RSA and 256 bits for EC.

12.4. The URLs for Media Segments SHOULD NOT be completely static. URLs should be issued per device or changed over time.

## Content Protection

13. **Content protection requirements**

13.1. Content protection of video and audio SHOULD follow the FairPlay Streaming (FPS) specification.

13.2. If the content is encrypted with FPS, the method MUST be SAMPLE-AES.

13.3. If the content is encrypted with FPS, the key format MUST be "com.apple.streamingkeydelivery".

13.4. The IV attribute SHOULD NOT be used with FPS unless necessary for interoperability.

13.5. Content with HD resolutions SHOULD use HDCP-LEVEL of TYPE-0.

13.6. Content with greater than HD resolutions SHOULD use HDCP-LEVEL of TYPE-1.

13.7. Video encrypted with Common Encryption MUST use an encrypt:skip pattern of 1:9 (10% partial encryption).

13.8. Content encrypted with FPS MAY use the ALLOWED-CPC attribute. (See ALLOWED-CPC values for FairPlay Streaming.)

13.9. Common encryption MUST NOT use content sensitive encryption.

13.10. Content authors MAY mix encrypted and unencrypted samples in a single HLS fMP4 segment with a single Media Initialization Section by supplying both an appropriate SampleDescription at index 0 and an unencrypted SampleDescription at index 1 for each track. The sample index field of each sample should point to the appropriate SampleDescription.

> Note
> HD is approximately the range of 720p to 1080p.

## Low-Latency HLS

14. **Low-Latency HLS requirements**

14.1. Low-Latency stream delivery MUST meet all requirements of the Low-Latency Server Configuration Profile in Appendix B of draft-pantos-hls-rfc8216bis-07 or later.

14.2.

14.2a. The Part Target Duration MUST be at least the maximum round-trip time (RTT) to the server that 90% of the clients are expected to see (P90 RTT).

14.2b. The Part Target Duration SHOULD be at least three times the P95 RTT.

14.2c. The RECOMMENDED Part Target Duration is one second.

14.3. The PART-HOLD-BACK value MUST be at least three times the Part Target Duration.

14.4. Services with Playlist windows longer than two minutes SHOULD offer Playlist Delta Updates.

14.5. Services that offer Playlist Delta Updates and use EXT-X-DATERANGE tags SHOULD also use CAN-SKIP-DATERANGES=YES.

## SharePlay

> Note
> Other requirements only apply to the playlists and media received by a single client. SharePlay adds requirements that apply to all participants in the SharePlay session.

15. **SharePlay requirements**

15.1. For live (linear) content, the timeline derived from the EXT-X-PROGRAM-DATE-TIME tag is used for synchronization. That timeline MUST be in agreement for all participants.

15.2. For VOD content, the timeline based on the start of the playlist is used for synchronization. That timeline MUST be in agreement for all participants.

15.3. Interstitials delivered to participants in a SharePlay session SHOULD match in duration. If they do not, participants receiving longer duration interstitials will miss some of the primary content. This behavior can only be overridden when all participants are using apps that support control of interstitial playback.

## Stereo Video

16. **Stereo video requirements**

16.1. All variants containing stereo video content MUST be marked with a REQ-VIDEO-LAYOUT attribute.

> Note
> Stereo video is only supported in visionOS. See amended requirements for visionOS.

# Amended requirements for tvOS

All general rules apply except as expressly modified by a rule with the same number in this section. Rules with a leading plus sign (+) are additional rules.

## Video

1. **Video encoding requirements**

1.3.

1.3c. Profile and Level for H.264 MUST be less than or equal to High Profile, Level 5.1.

1.25. For HDR content, frame rates less than or equal to 30 fps SHOULD be provided.

1.26. The 145 kbit/s variant SHOULD NOT be provided.

## Audio

2. **Audio encoding requirements**

2.8. Multichannel audio using a particular codec MAY be provided at multiple bit rates. However, Dolby Atmos content SHOULD be restricted to a single bit rate.

## Trick Play

6. **Trick play requirements**

6.16. SDR trick play streams MUST be provided.

## Media Playlists

8. **Media Playlist requirements**

8.12. You SHOULD provide at least 120 minutes of content in a live (linear) playlist.

## Multivariant Playlist

9. **Multivariant Playlist requirements**

9.20. + You MUST have no audio-only variants listed in the Multivariant Playlist.

# Amended requirements for iOS

All general rules apply except as expressly modified by a rule with the same number in this section. Rules with a leading plus sign (+) are additional rules.

## Video

1. **Video encoding requirements**

1.6.

1.6b. Profile and Level for H.264 MUST be less than or equal to High Profile, Level 4.2.

1.9.

1.9a. Profile and Level for Dolby Vision MUST be Profile 5 (single layer 10-bit HEVC) and less than or equal to Level 6.

1.9c. + For maximum compatibility, some Dolby Vision variants SHOULD be less than or equal to Level 4.

1.32.

1.32a. For Wi-Fi delivery, the default video variant SHOULD be the 2000 kbit/s (average bit rate) variant.

1.32b. For cellular delivery, the default video variant SHOULD be the 730 kbit/s (average bit rate) variant.

## Multivariant Playlist

9. **Multivariant Playlist requirements**

9.21. + Multivariant Playlists that are delivered over cellular networks MUST contain a variant whose peak BANDWIDTH is less than or equal to 192 kbit/s.

9.22. + For backward compatibility, a peak 192 kbit/s H.264 variant packaged in a transport stream SHOULD be provided for cellular.

# Amended requirements for macOS

All general rules apply except as expressly modified by a rule with the same number in this section. Rules with a leading plus sign (+) are additional rules.

## Video

1. **Video encoding requirements**

1.3.

1.3b. Profile and Level for H.264 MUST be less than or equal to High Profile, Level 5.0.

# Amended requirements for visionOS

All general rules apply except as expressly modified by a rule with the same number in this section. Rules with a leading plus sign (+) are additional rules.

The following general rules regarding compatibility aren't applicable in visionOS if all variants contain stereo video content: 1.3a, 1.6a, 1.9b, 1.12, 1.24, 2.3, 2.6, 6.14, 6.16.

## Video

1. **Video encoding requirements**

1.9.

1.9a. Dolby Vision monoscopic content MUST be Profile 5 (single layer 10-bit HEVC) and less than or equal to Level 8.

1.9c. + Dolby Vision stereo video MUST be Profile 20 (MV-HEVC) and less than or equal to Level 8.

1.25. Suggested bit rates for MV-HEVC variants.

| 16:9 aspect ratio | MV-HEVC SDR 30 fps | MV-HEVC HDR 30 fps | Frame rate |
|---|---|---|---|
| 640 x 360 | 246 | 272 | ≤ 30 fps |
| 768 x 432 | 510 | 612 | ≤ 30 fps |
| 960 x 540 | 1020 | 1241 | ≤ 30 fps |
| 960 x 540 | 1530 | 1853 | ≤ 30 fps |
| 960 x 540 | 2720 | 3281 | Same as source |
| 1280 x 720 | 4080 | 4930 | Same as source |
| 1280 x 720 | 5780 | 6936 | Same as source |
| 1920 x 1080 | 7650 | 9180 | Same as source |
| 1920 x 1080 | 9660 | 11900 | Same as source |
| 2560 x 1440 | 13770 | 16490 | Same as source |
| 3840 x 2160 | 19720 | 23630 | Same as source |
| 3840 x 2160 | 28560 | 34000 | Same as source |

## Trick play

6. **Trick play requirements**

6.6. If your only content is stereo video, then you SHOULD provide only one I-frame Media Playlist. (See item 6.19.)

6.18. + Trick play content SHOULD be monoscopic.

6.19. + In visionOS, a thumbnail list is produced for scrubbing and scanning. These thumbnails are 160px height with a width that matches the aspect ratio of the main content. For better performance, you MAY provde an I-frame playlist having exactly this height.

## Stereo Video

16. **Stereo video requirements**

16.2. + Stereo video content MUST include Video Extended Usage (`'vexu'`) atoms/boxes. (See Additional stereo video specifications.)

16.3. + Stereo video content SHOULD include parallax metadata if your content has subtitles. (See Additional stereo video specifications.)

16.4. + Switches between stereo video and monoscopic video content MUST be marked with an EXT-X-DISCONTINUITY tag, or the Media Initialization Section MUST contain sample descriptions for both kinds of content. In the latter case, the sample index field of each sample should point to the appropriate sample description.

16.5. + If stereo video content includes sections of monoscopic video content, then the REQ-VIDEO-LAYOUT attribute MUST include "CH-MONO" as one entry.

16.6. + Stereo video content SHOULD include multi-channel audio.

16.7. + Stereo video MUST be encoded using MV-HEVC.

# Amended requirements for AirPlay 2-Enabled TVs

All general rules apply except as expressly modified by a rule with the same number in this section. Rules with a leading plus sign (+) are additional rules.

> Note
> AirPlay on older third-party TVs does *not* support the Sample Group Description Box (`'sgpd'`) and Sample to Group Box (`'sbgp'`) for encrypted content. You must remove them from encrypted CMAF content to enable playback.

## Video

1. **Video encoding requirements**

1.23. If multiple video streams are provided (H.264, HEVC, HDR), each stream MUST provide all anticipated bandwidths.

1.37. + Encrypted fMP4 content MUST contain either a Sample Encryption Box (`'senc'`), or both a Sample Auxiliary Information Sizes Box (`'saiz'`) and a Sample Auxiliary Information Offsets Box (`'saio'`).

## Audio

2. **Audio encoding requirements**

2.10. Channel layout SHOULD NOT change within a stream.

## Ads and pre-/mid-/post-rolls

3. **Ad requirements**

3.5. + Inserted media SHOULD be at a similar frame rate (x, 2x, x/2) as the other content in the Media Playlist.

## Subtitles

5. **Subtitle requirements**

5.2. Subtitles MUST be WebVTT.

## Trick Play

6. **Trick play requirements**

6.13. If a normal video variant uses a video codec, one or more I-frame variants MUST exist with the same video codec or the `mjpg` codec.

## Media Playlists

8. **Media Playlist requirements**

8.16. You SHOULD NOT switch codecs at discontinuities. For example, don't switch between HEVC and H.264, or between AAC and Dolby Digital.

8.22. All video variants and renditions MUST have segment boundaries at the same points in time.

8.25. + Frame rate changes at discontinuities SHOULD use a similar frame rate (x, 2x, x/2).

## Multivariant Playlist

9. **Multivariant Playlist requirements**

9.23. + You SHOULD provide a full range of variants for each codec type and frame rate. Similar frame rates (x, 2x, x/2) are compatible, nonsimilar frame rates may cause playback issues.

9.24. + If you supply HDR content, you SHOULD provide both Dolby Vision and HDR10.

# Revision history

The following table describes the changes to this document.

| Date | Notes |
|---|---|
| 2023-08-15 | Added visionOS requirements. Added note about audio/aac. |
| 2023-06-27 | Added stereo video rules and MV-HEVC bit rate. |
| 2023-05-19 | Added detail about I-frame image sequences. |
| 2022-08-22 | Added "Audio rendition groups and variants" section to the appendix, clarified language around the LANGUAGE attribute, and added additional information about Apple TV and Dolby ATMOS. |
| 2021-11-12 | Renamed "primary playlist" to "Multivariant Playlist." |
| 2020-06-22 | Added new sections: Low-Latency HLS and ALLOWED-CPC Values for FairPlay Streaming. |
| 2019-06-03 | Added new table describing MIME types. |
| 2019-03-04 | Added new rules for Airplay 2-enabled TVs. Moved appendixes into child article. |
| 2018-09-11 | Added new rules for content protection and media playlists. |
| 2018-06-18 | Added Dolby Digital Plus with Dolby Atmos information. Added codec value section. |
| 2018-04-09 | Made several minor changes to individual spec points. Updated the variant bit rate table and broke it into two separate tables. |
| 2018-01-16 | Fixed several typos and made a couple of minor changes to audio encoding requirements. |
| 2017-09-19 | Updated document with HDR (HEVC) information. |
| 2017-06-06 | Updated document with HEVC/H.265 information. |
| 2016-09-13 | Added rules for fragmented MP4 files. |
| 2016-06-13 | Updated for iOS and macOS specifications. |
| 2016-03-21 | Updated Dolby Digital bit rate recommendation to 384 kbit/s. |
| 2016-01-11 | Fixed typo in section 10.2. |
| 2015-12-17 | Added section on using the `hlsreport` tool. |
| 2015-12-08 | Corrected a mistake in Table 2-3, Column 2 heading. Changed to 16:9 aspect from 19:0. |
| 2015-10-21 | Published the first edition of this document describing the HTTP Live Streaming specifications for audio and video content delivery for Apple TV. |

# Topics

## Appendixes

HTTP Live Streaming (HLS) Authoring Specification for Apple devices appendixes
Learn additional information related to the HLS Authoring Specification for Apple Devices.

# See Also

## Specifications and other documents

About the Common Media Application Format with HTTP Live Streaming (HLS)
Learn the Common Media Application Format as it applies to HLS.

Enabling Low-Latency HTTP Live Streaming (HLS)
Add Low-Latency HLS to your content streams to maintain scalability.

Links to additional specifications and videos
Review additional specifications and documents.

Videos about HLS
Review informational videos about HTTP Live Streaming.

Providing metadata for xHE-AAC video soundtracks
Ensure volume normalization by including metadata for loudness and dynamic range control.

Adjusting anchor loudness
Adjust anchor loudness when measurements of speech-gated loudness for a full mix may be inaccurate, such as when speech activity is low.

Providing JavaScript Object Notation (JSON) chapters
Prepare JSON chapters for HTTP Live Streaming.



Copyright © 2024 Apple Inc. All rights reserved. Terms of Use | Privacy Policy | Agreements and Guidelines