## ATTACHMENT TO CIVIL COVER SHEET

Attorneys for Plaintiff, Withrow Networks, Inc.

Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice, to be filed*)
Mark W. Halderman (*pro hac vice, to be filed*)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

Mark McDougall
mmcdougall@calfee.com (*pro hac vice, to be filed*)
CALFEE HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
Telephone: (216) 622-8200

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100