Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice, to be filed*)
Mark W. Halderman (*pro hac vice, to be filed*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

Mark McDougall
mmcdougall@calfee.com (*pro hac vice, to be filed*)
CALFEE HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
Telephone: (216) 622-8200

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
WITHROW NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WITHROW NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, LLC and YOUTUBE, LLC, <br><br> Defendants. | Case No. 5:24-cv-3203 <br><br> **PLAINTIFF WITHROW NETWORKS, INC.'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

-1-

PLAINTIFF'S CERT. OF CONFLICTS AND INTERESTED
ENTITIES OR PERSONS                                                                                     CASE NO. _5:24-cv-3203_____

-2-

Dated:  May 28, 2024

By: /s/ John V. Picone III

Francisco A. Villegas
Damir Cefo (*pro hac vice, to be filed*)
Mark W. Halderman (*pro hac vice, to be filed*)
Evan M. Rosenbaum
VILLEGAS & CEFO LLP

Mark McDougall (*pro hac vice, to be filed*)
CALFEE HALTER & GRISWOLD LLP

John V. Picone III
SPENCER FANE LLP

Attorneys for Plaintiff
WITHROW NETWORKS, INC.