Francisco A. Villegas (Bar No. 206997)
Damir Cefo (*pro hac vice, to be filed*)
Mark W. Halderman (*pro hac vice, to be filed*)
Evan M. Rosenbaum (Bar No. 310414)
fvillegas@villegascefo.com
dcefo@villegascefo.com
mhalderman@villegascefo.com
VILLEGAS & CEFO, LLP
1350 Avenue of the Americas, Floor 2
New York, NY 10019
Telephone: (646) 844-0679

Mark McDougall
mmcdougall@calfee.com (*pro hac vice, to be filed*)
CALFEE HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114-1607
Telephone: (216) 622-8200

John V. Picone III (Bar No. 187226)
jpicone@spencerfane.com
SPENCER FANE LLP
225 West Santa Clara Street, Suite 1500
San Jose, CA 95113
Telephone: (408) 286-5100

Attorneys For Plaintiff
WITHROW NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WITHROW NETWORKS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, LLC and YOUTUBE, LLC,<br><br>Defendants. | Case No. 5:24-cv-3203<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WITHROW NETWORKS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Withrow Networks, Inc., by and through its undersigned counsel, discloses that it has no parent company and that no publicly traded company owns 10% or more of its shares.

-2-

Dated: May 28, 2024

By: /s/ John V. Picone III

Francisco A. Villegas
Damir Cefo (*pro hac vice, to be filed*)
Mark W. Halderman (*pro hac vice, to be filed*)
Evan M. Rosenbaum
VILLEGAS & CEFO LLP

Mark McDougall (*pro hac vice, to be filed*)
CALFEE HALTER & GRISWOLD LLP

John V. Picone III
SPENCER FANE LLP

Attorneys for Plaintiff
WITHROW NETWORKS, INC.